UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RICO TURNER,<br><br>            Plaintiff,<br><br>      v.<br><br>CDCR, et al.,<br><br>            Defendants. | Case No. 24-cv-00823-RFL<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On February 9, 2024, Anthony Rico Turner, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983. On February 14, 2024, the Clerk of the Court sent a notice to Anthony Rico Turner, informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's in forma pauperis ("IFP") application. The Clerk sent Anthony Rico Turner a blank IFP application form and told him that he must pay the filing fee or return the completed IFP application within twenty-eight days or his action would be dismissed. More than twenty-eight days have passed, and Anthony Rico Turner has not paid the filing fee, returned the IFP application, or otherwise communicated with the Court.

Therefore, it is hereby ordered that this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall terminate all pending motions and close the file.

If Anthony Rico Turner files another complaint, he shall include with it a completed IFP

1

application or the filing fee.

**IT IS SO ORDERED.**

Dated: April 11, 2024

_____
RITA F. LIN
United States District Judge